UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIMBERLY VALLOZZI,

    Plaintiff,

v.                                               Case No: 2:18-cv-75-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of the Commissioner's Unopposed Motion for Extension of Time to Submit its Portion of the Joint Memorandum of Law to Plaintiff Through September 12, 2018 filed on August 28, 2018. Doc. 15. For the reasons stated below, the motion is granted.

On February 2, 2018, Plaintiff filed a Complaint against the Commissioner with this Court. Doc. 1. The Commissioner requested an extension of time to submit her portion of the Joint Memorandum on July 30, 2018. Doc. 13. The Court allowed the Commissioner until August 29, 2018 to submit her portion of the Joint Memorandum. Doc. 14. The Commissioner seeks a second extension of time until September 12, 2018. Doc. 15 at 1. The Commissioner states the case was recently reassigned to the Assistant Regional Counsel of the Social Security Administration in Atlanta, Georgia, and the Assistant Regional Counsel needs more time to prepare the Commissioner's portion of the Joint Memorandum. *Id.* at 2. For good cause shown and because the motion is unopposed, the Court will allow the requested

extension. However, the Court will not be inclined to grant additional extensions in the future absent extenuating circumstances.

ACCORDINGLY, it is

**ORDERED:**

The Commissioner's Unopposed Motion for Extension of Time to Submit its Portion of the Joint Memorandum of Law to Plaintiff Through September 12, 2018 (Doc. 15) is **GRANTED**. The Commissioner shall have up to and including **September 12, 2018** to serve her portion of the Joint Memorandum to Plaintiff. Counsel for the parties shall confer in a good-faith effort to resolve any disputed issues by **October 15, 2018**, and file a single Joint Memorandum signed by counsel for both parties by no later than **November 16, 2018**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of August, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record